**The Honorable Robert S. Lasnik**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

CYNTHIA RAINWATER,

Defendant,

and

SEATTLE PUBLIC SCHOOLS,

Garnishee.

NO. 2:19-CR-0022-1

STIPULATED FINAL ORDER OF GARNISHMENT

The parties, the United States of America, Defendant Cynthia Rainwater (Defendant), and Garnishee Seattle Public Schools (Garnishee), stipulate as follows:

1. Defendant's Social Security number is XXX-XX-0525, and Defendant's address is 13013 SE 214th Way, Kent, WA 98031.

**STIPULATED FINAL ORDER OF GARNISHMENT**
*(USA v. Cynthia Rainwater, Court No. 2:19-CR-00022-RSL-)* **- 1**

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2.   This Court entered an Amended Judgment against Defendant on November 19, 2019, in case no. 2:19-cr-00022-1, imposing $50,640.43 in restitution and a Special Assessment of $100.00 (the Judgment).

3.   The balance remaining on the Judgment is $33,280.74, as of November 3, 2021.

4.   Garnishee employs Defendant and has in its possession, custody, or control, property of Defendant in the form of wages (Defendant's Property).

5.   Defendant waives service of an Application for Writ of Continuing Garnishment pursuant to the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, and any other process to which Defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

6.   Garnishee waives service of an Application for a Writ of Continuing Garnishment pursuant to the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, and further waives the right to answer and be heard in this matter and any other process to which Garnishee may be entitled under the Federal Debt Collection Procedures Act of 1990.

7.   Defendant agrees and stipulates that Defendant's Property is subject to garnishment under 28 U.S.C. § 3205 and stipulates to entry of a Final Order of Garnishment.

8.   The parties therefore stipulate to the entry of a Final Order of Garnishment against Defendant's Property.  Garnishee shall each month withhold $600.00

**STIPULATED FINAL ORDER OF GARNISHMENT**
*(USA v. Cynthia Rainwater, Court No. 2:19-CR-00022-RSL-) - 2*

from Defendant's Property and pay that amount towards Defendant's outstanding Judgment balance, via a check payable to the "U.S. District Court, W.D. Wash." Garnishee shall reference case no. 2:19-cr-00022-RSL on the check and send the check to:

    United States District Court
    Western District of Washington
    Attn:  Financial Clerk – Lobby Level
    700 Stewart Street
    Seattle, Washington 98101

9.  This Stipulated Final Order of Garnishment shall remain in effect until the Judgment debt is paid in full or it is terminated by a court order under 28 U.S.C. § 3205(c)(10).

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

s/ *Kyle A. Forsyth*                          Date: _____
KYLE A. FORSYTH
Assistant United States Attorney

_____  Date: _____
CYNTHIA RAINWATER
Defendant

**STIPULATED FINAL ORDER OF GARNISHMENT**
(*USA v. Cynthia Rainwater, Court No. 2:19-CR-00022-RSL-*) - 3

1

_____   Date: _____

2   [NAME]
On behalf of Seattle Public Schools

3   Garnishee

4   IT IS SO ORDERED.

5

6   Dated this 3rd day of December, 2021.

7

8   *Mr S Lasnik*

9   Robert S. Lasnik
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATED FINAL ORDER OF GARNISHMENT**
(*USA v. Cynthia Rainwater, Court No. 2:19-CR-00022-RSL-*) - 4

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970