The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA RAINWATER,<br><br>Defendant,<br><br>and<br><br>SEATTLE PUBLIC SCHOOLS,<br><br>Garnishee. | NO. 2:19-CR-0022-1<br><br>AMENDED STIPULATED FINAL ORDER OF GARNISHMENT |

The parties, the United States of America, Defendant Cynthia Rainwater (Defendant), and Garnishee Seattle Public Schools (Garnishee), stipulate as follows:

1. Defendant's Social Security number is XXX-XX-0525, and Defendant's address is 13013 SE 214th Way, Kent, WA 98031.

STIPULATED FINAL ORDER OF GARNISHMENT
(USA v. Cynthia Rainwater, Court No. 2:19-CR-00022-RSL-) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. This Court entered an Amended Judgment against Defendant on November 19, 2019, in case no. 2:19-cr-00022-1, imposing $50,640.43 in restitution and a Special Assessment of $100.00 (the Judgment).

3. The balance remaining on the Judgment is $33,280.74, as of November 3, 2021.

4. Garnishee employs Defendant and has in its possession, custody, or control, property of Defendant in the form of wages (Defendant's Property).

5. Defendant waives service of an Application for Writ of Continuing Garnishment pursuant to the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, and any other process to which Defendant may be entitled under the Federal Debt Collection Procedures Act of 1990.

6. Garnishee waives service of an Application for a Writ of Continuing Garnishment pursuant to the Federal Debt Collection Procedures Act of 1990, 28 U.S.C. § 3205, and further waives the right to answer and be heard in this matter and any other process to which Garnishee may be entitled under the Federal Debt Collection Procedures Act of 1990.

7. Defendant agrees and stipulates that Defendant's Property is subject to garnishment under 28 U.S.C. § 3205 and stipulates to entry of a Final Order of Garnishment.

8. The parties therefore stipulate to the entry of a Final Order of Garnishment against Defendant's Property. Garnishee shall each month withhold $600.00

from Defendant's Property and pay that amount towards Defendant's outstanding Judgment balance, via a check payable to the "U.S. District Court, W.D. Wash." Garnishee shall reference case no. 2:19-cr-00022-RSL on the check and send the check to:

> United States District Court
> Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

9. This Stipulated Final Order of Garnishment shall remain in effect until the Judgment debt is paid in full or it is terminated by a court order under 28 U.S.C. § 3205(c)(10).

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

s/ *Kyle A. Forsyth*　　　　　　　　　　Date: 11/17/21
KYLE A. FORSYTH
Assistant United States Attorney

*[signature]*　　　　　　　　　　　　　　Date: 11/17/21
CYNTHIA RAINWATER
Defendant

STIPULATED FINAL ORDER OF GARNISHMENT
(*USA v. Cynthia Rainwater, Court No. 2:19-CR-00022-RSL-*) - 3

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

_Wen-Jing Kong_  
Date: 12/2/21

[NAME]  
On behalf of Seattle Public Schools  
Garnishee

IT IS SO ORDERED.

Dated: December 7, 2021

_MRT S Lasnik_

Hon. Robert S. Lasnik  
United States District Court Judge

**STIPULATED FINAL ORDER OF GARNISHMENT**
*(USA v. Cynthia Rainwater, Court No. 2:19-CR-00022-RSL-)* - 4

UNITED STATES ATTORNEY  
700 STEWART STREET, STE. 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970